Friday, June 17, 2011

No. 11–0143/AR.  U.S. v. Aaron R. Stanley.  CCA 20050703.  Appellee's motion for leave to file supplement to the joint appendix is granted.

No. 11–0231/AR.  U.S. v. William J. Kreutzer, Jr.  CCA 19961044.  Appellee's motion for leave to file a supplemental joint appendix is granted.

No. 11–0567/AR.  U.S. v. Eric L. Nordin.  CCA 20090044.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted, up to and including July 6, 2011.

Monday, June 20, 2011

